603 A.2d 513

IN THE MATTER OF JAMES V. GASSARO,
AN ATTORNEY AT LAW.

March 27, 1992.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that JAMES V. GASSARO of NORTH BRUNSWICK, who was admitted to the bar of this State in 1981 and was thereafter suspended from the practice of law for two years by Order of this Court dated June 13, 1991, effective December 14, 1989, be restored to practice, and good cause appearing;

It is ORDERED that the petition for restoration to practice is granted, effective immediately.